FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT  9 2009

James N. Hatten, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RAFAEL ELLINGTON,

      Plaintiff

v.

COOPER FINANCIAL, LLC,

      Defendant

CIVIL ACTION NO.
1:09-cv-1572-ODE

## ORDER

This case is before the Court following the filing of the answer to Amended Complaint on October 5, 2009. The answer was filed and signed by Mark F. Gray on behalf of Defendant, Cooper Financial, LLC. Mark Gray is the president of the corporation, and is not an attorney. The United States Court of Appeals for the Eleventh Circuit has held that "a corporation [is] required to be represented by licensed counsel. Palazzo v. Gulf Oil Corp. , 764 F.2d 1381, 1385 (11 th Cir. 1985). "It is well settled that a corporation is an artificial entity which cannot appear *pro se* in legal proceedings but must be represented by counsel. ... This rule applies even when the person seeking to represent the corporation is its president...." CNH Capital America, LLC v. Southeastern Aggregate, Inc., 2009 WL 1468999 (S.D.Ga. May 26, 2009), citing F.T.C. v. Gem Merchandising Corp., 1995 WL 623168 (11th Cir. 1995). See also, Local Rule 831E(I), N.D.Ga.

Accordingly, Defendant's Answer [#5] is hereby STRICKEN. Defendant is directed to have counsel file a notice of appearance with the Clerk of Court within twenty (20) days of entry of this order. An answer shall be filed within twenty (20) days of the date of entry of

appearance.   Failure to comply will result in entry of default.

The Clerk is directed to submit this matter to the court at the expiration of the above twenty day period.

SO ORDERED this ___9___ day of October, 2009.

ORINDA D. EVANS
United States District Judge